[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF
APPEALS
ELEVENTH CIRCUIT
AUGUST 11, 2005
THOMAS K. KAHN
CLERK

_____

No. 05-11778
Non-Argument Calendar

_____

D. C. Docket No. 03-01956-CV-BE-S

EMANUEL FORD,

Plaintiff-Appellant,

versus

BIRMINGHAM, CITY OF,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(August 11, 2005)**

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM:

Plaintiff Emanuel Ford appeals following the district court's grant of summary

judgment for the City of Birmingham on Ford's claims for false arrest and excessive

use of force under 42 U.S.C. § 1983. We conclude that the district court properly granted the City's motion for summary judgment for the reasons stated in the district court's opinions. (R.2-32 and R.2-36.)

Ford also contends that the district court abused its discretion in denying Ford's motion to amend his complaint. "[I]t is not an abuse of discretion for a district court to deny a motion for leave to amend following the close of discovery, past the deadline for amendments, and past the deadline for filing dispositive motions." *Carruthers v. BSA Advertising, Inc.,* 357 F.3d 1213, 1218 (11th Cir. 2004) (quoting *Lowe's Home Centers, Inc. v. Olin Corp.*, 313 F.3d 1307, 1315 (11th Cir. 2002). Given that Ford's motion to amend the complaint was filed months after the deadline for amending the complaint had passed, we find no abuse of discretion in the district court's denial of Ford's motion to amend his complaint. (R.2-27 and R.2-30.)

**AFFIRMED.**